UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-6808

JACKIE REFFITT,

Plaintiff - Appellant,

versus

R. C. NIXON; CENTRAL CLASSIFICATION BOARD;
VIRGINIA DEPARTMENT OF CORRECTIONS; KENTUCKY
PAROLE BOARD; VIRGINIA PAROLE BOARD; ALBERT E.
CONWAY; MR. HUDSON; J. CLARKE; J. GIVENS,
Captain,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T. S. Ellis, III, District Judge. (CA-95-569)

Submitted: July 24, 1997          Decided: July 31, 1997

Before HAMILTON, LUTTIG, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jackie Reffitt, Appellant Pro Se. Pamela Anne Sargent, Assistant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Reffitt v. Nixon, No. CA-95-569 (E.D. Va. Feb. 28, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2